DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of E.W., E.W.,
C.M., C.M., and C.C., children.

J.R.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-3145

_____

April 29, 2026

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Jamie Billotte Moses, Pro Bono, Statewide Guardian ad Litem Office Defending Best Interests MMPO Defense, Orlando, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.